UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ERENDIRA BRAVO ORTEGA, VIRGEN REYES         19-cv-6063-JMF
LUCERO, and ZENAIDA ANTONIO DEL CARMEN,
*individually and on behalf of others similarly situated,*         CONSENT JUDGMENT

                                 *Plaintiffs,*

       -against-

SAROOP & SONS INC. (D/B/A SAROOP & SONS),
PRANDIT SAROOP, and ANDY SAROOP,

                                 *Defendants.*
-------------------------------------------------------------X

      Pursuant to the parties agreement the the Court hereby renders Judgment as follows:

      Judgment is entered as follows:

      In favor of Plaintiff ERENDIRA BRAVO ORTEGA against Defendants SAROOP & SONS INC. (d/b/a SAROOP & SONS) and PRANDIT SAROOP, jointly and severally, in the amount of $246,000, inclusive of attorneys' fees and costs.

      In favor of Plaintiff VIRGEN REYES LUCERO against Defendants SAROOP & SONS INC. (d/b/a SAROOP & SONS) and PRANDIT SAROOP, jointly and severally, in the amount of $206,000, inclusive of attorneys' fees and costs.

      In favor of Plaintiff ZENAIDA ANTONIO DEL CARMEN against Defendants SAROOP & SONS INC. (d/b/a SAROOP & SONS) and PRANDIT SAROOP, jointly and severally, in the amount of $208,000, inclusive of attorneys' fees and costs.

      We stipulate to and request entry of this consent judgment.

      SAROOP & SONS INC. (d/b/a SAROOP & SONS)

      By: *[signature: Prandit Saroop]*

PRANDIT SAROOP

By: X *Prandit Saroop*

## CORPORATE ACKNOWLEDGMENT
## OF SAROOP & SONS INC. (d/b/a SAROOP & SONS)

STATE OF NEW YORK )
                  ) ss:
COUNTY OF Que     )

On the 24 day of Oct, 2019, before me personally came PRANDIT SAROOP, as the Chief Executive Officer of SAROOP & SONS INC. (d/b/a SAROOP & SONS), to me known who, being by me duly sworn, did depose that he is the Chief Executive Officer of SAROOP & SONS INC. (d/b/a SAROOP & SONS) and that he is the individual described in and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

STEPHEN D. HANS
Notary Public, State of New York
No. 02HA4658402
Qualified in Queens County
Commission Expires June 30, 2023

Notary Public

## PERSONAL ACKNOWLEDGMENT OF PRANDIT SAROOP

STATE OF NEW YORK )
                  ) ss:
COUNTY OF Que     )

On the 24 day of Oct 2019, before me personally came PRANDIT SAROOP, to me known who, being by me duly sworn, did depose and say that he is the individual described herein and who executed the foregoing Consent Judgment, and duly acknowledged to me that he executed the same.

STEPHEN D. HANS
Notary Public, State of New York
No. 02HA4658402
Qualified in Queens County
Commission Expires June 30, 2023

Notary Public